ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.:

2:08-cv-443-FtM-29DNF

LIBERTY GROWERS, INC., a Florida corporation,

Plaintiff,

vs.

EXPORT-IMPORT BANK OF THE UNITED STATES,

Defendant.

## CIVIL ACTION COMPLAINT

For its Complaint, Plaintiff respectfully states as follows:

### THE PARTIES

1. Plaintiff is Liberty Growers, Inc. ("Liberty Growers"). Liberty Growers is a Florida corporation with its principal place of business located at 501 Goodlette Rd., N., C-110, Naples, FL.

2. Defendant is Export-Import Bank of the United States ("Ex-Im Bank"). Ex-Im Bank is a corporation organized and existing under federal law as an agency of the United States of America. Ex-Im Bank's principal place of business is located in Washington, D.C.

## JURISDICTION AND VENUE

3. The District Court has jurisdiction over this civil action in accordance with 12 U.S.C. §635(a)(1) and 28 U.S.C. §1346. 12 U.S.C. §635(a)(1) states that Export-Import Bank may be sued in any court of competent jurisdiction.

4. Venue in this District is proper in accordance with 28 U.S.C. §1391(b) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District. Additionally, Ex-Im Bank consented to the jurisdiction of this Court. According to the insurance policy at issue, any action against Ex-Im Bank relating to the policy shall be instituted only in a Federal court sitting in the state in which the principal business of Liberty Growers is located.

5. All conditions precedent to bring this action have been fulfilled, satisfied, excused, and/or waived.

6. Liberty Growers has retained Meuers Law Firm, P.L. to protect its legal interests, and is obligated to pay its attorneys a reasonable fee for their services. Liberty Growers is entitled to reasonable attorneys' fees pursuant to §57.105, Fla. Stat.

## FACTUAL BACKGROUND

7. On September 26, 2005, Liberty Growers and Ex-Im Bank agreed to a "Short Term Comprehensive Single Buyer Export Credit Insurance Policy" (the

"Policy") regarding shipments by Liberty Growers to Nieto Y Milevcic, Ltda. ("Nieto"), a Columbia corporation with its principal place of business located in Bogota, Colombia. The Policy is attached as Exhibit "A".

8. Under the Policy, Ex-Im Bank agreed to pay Liberty Growers a percentage of unpaid amounts owing by Nieto.

9. On November 9, 2006, Liberty Growers sold to Nieto in foreign commerce two shipments of 1600 cases of Red Globe Grapes (the "Grapes") totaling $33,600.00. Copies of the unpaid invoices are attached as Exhibit "B".

10. The sales were governed by terms that required the Grapes meet minimum quality and condition standards sufficient to grade "U.S. No. 1 Table" at the time of shipment, which was F.O.B. (Free On Board) Long Beach, California.

11. Liberty Growers delivered the Produce to Nieto and Nieto accepted the Produce from Liberty Growers.

12. On November 9, 2006, the United States Department of Agriculture inspected the Produce in Long Beach, California and certified that the Grapes met the quality and condition standards to make the grade of "U.S. No. 1 Table". Additionally, the USDA issued a Phytosanitary Certificate for each load, stating that the grapes were inspected by an APHIS inspector and were certified as complying with the agricultural laws and regulations for import into Colombia.

13. Nieto failed to make full payment despite Liberty Growers' repeated demands.

14. In March, 2007, Liberty Growers filed a claim with Ex-Im Bank for payment of the unpaid invoices at issue.

15. In June, 2007, Ex-Im Bank denied Liberty Growers' claim, citing Article 5, Section F of the Policy. That section provided a basis for a denial of a claim if a dispute existed between the insured and the buyer. Ex-Im Bank alleged an unresolved dispute existed between Liberty Growers and Nieto.

16. Liberty Growers submitted its claim for reconsideration in July, 2007, stating that the alleged unresolved dispute cited by Ex-Im Bank as its basis for denial involved transactions unrelated to those for which Liberty Growers sought payment.

17. The following month, August, 2007, Ex-Im Bank again denied Liberty Growers' claim.

18. In accordance with Article 7(4) of the Policy, Liberty Growers served its written demand for immediate payment upon Ex-Im Bank on September 4, 2007, and notified Ex-Im Bank that it would pursue legal action in connection with the denial of its claim if payment was not received within thirty (30) days from the date of the demand.

19. Ex-Im Bank acknowledged receipt of the written demand, but has continued to deny payment of Liberty Growers' claim.

## CLAIMS FOR RELIEF

## COUNT I

## DEFENDANT EX-IM BANK

## BREACH OF POLICY

20. Liberty Growers re-alleges and incorporates paragraphs 1 through 19, as if stated fully.

21. Liberty Growers and Ex-Im Bank entered into the Policy, under which Ex-Im Bank agreed to pay Liberty Growers a percentage of unpaid amounts owed by Nieto.

22. Liberty Growers submitted a claim to Ex-Im Bank and satisfied all of the conditions precedent for payment under the terms of the policy in March 2007.

23. Ex-Im Bank breached the Policy by failing to pay Liberty Growers' claim relating to the unpaid transactions with Nieto.

24. As a result of Ex-Im Bank's breach of the Policy, Liberty Growers has suffered damage of at least $33,600.00.

25. Plaintiff seeks entry of an Order directing Ex-Im Bank to immediately pay the sum of at least $33,600.00, plus interest, costs and attorneys' fees pursuant to §57.105, Fla. Stat.

**FOR THESE REASONS,** Liberty Growers respectfully requests the entry of an Order providing as follows:

A) Entering a Final Judgment in favor of Liberty Growers and against Ex-Im Bank in the amount of at least $33,600.00, plus pre-judgment and post-judgment interest, costs and attorneys' fees pursuant to §57.105, Fla. Stat., and

B) Such other and further relief as this Court deems just in these premises.

Respectfully submitted this 28 day of May, 2008.

MEUERS LAW FIRM, P.L.

By: /s/ Steven M. De Falco
(Trial Counsel)
Steven M. De Falco
*Florida Bar No. 0733571*
Steven E. Nurenberg
*Florida Bar No. 0808431*
5395 Park Central Court
Naples, FL 34109-5932
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
sdefalco@meuerslawfirm.com
snurenberg@meuerslawfirm.com

*Attorneys for Plaintiff, Liberty Growers, Inc.*

X:\docs\Nieto & Milevcic\Pleadings\Complaint.doc