Exhibit "B"



Sent JHL
11/14

# LIBERTY GROWERS, INC.

501 Goodlette Rd. N, Suite C-110, Naples, Florida 34102
Phone: (239) 263-7033   Fax: (239) 263-1887

## COMMERCIAL INVOICE

| Date | Invoice # |
|---|---|
| 11/9/2006 | 1416 |

**Bill To**

NIETO & MILEVCIC LTDA.
KM.5 VEREDA EL MORTINO VIA
ZIPAQUIRA-NEMOCON
ZIPAQUIRA
COLOMBIA

**Ship To**

NIETO & MILEVCIC LTDA.
KM.5 VEREDA EL MORTINO VIA
ZIPAQUIRA-NEMOCON
ZIPAQUIRA
COLOMBIA

| Terms | Ship Via | Ship Date | ETD | ETA | Booking # | Container # | Vessel | Order # |
|---|---|---|---|---|---|---|---|---|
| Net 30 | NYK | 11/09/06 | 11/14/06 | 11/23/06 | BOIF 7633 | NYKU7036909 | E.R.Capetown | NM 1506 |

| Qty | Description | Price Ea. | Amount |
|---|---|---|---|
| 1,600 | RED GLOBE 21# BAGS "VBZ" GRAPES - UVA FRESCAS | 10.50 | 16,800.00 |
| | FOB: LONG BEACH, CA | | |
| | SEAL #VBZ00579 | | |
| | Thank you for your business. | | |

THESE PRODUCTS ARE LICENSED BY THE UNITED STATES OF AMERICA FOR EXPORT TO COLOMBIA. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
ESTOS PRODUCTOS ESTAN LICENSIADAS POR LOS ESTADOS UNIDOS DE AMERICA PARA EXPORTAR A LA COLOMBIA. LA DIVERSION AL CONTRARIO A LOS LEYES DE EEUU ES PROHIBIDO.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. 499 e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

| Total | $16,800.00 |
|---|---|
| Balance Due | $16,800.00 |

Purveyor of Premium Quality Fruit      www.libertygrowers.com



# LIBERTY GROWERS, INC.

501 Goodlette Rd. N, Suite C-110, Naples, Florida 34102
Phone: (239) 263-7033   Fax: (239) 263-1887

## COMMERCIAL INVOICE

| Date | Invoice # |
|---|---|
| 11/9/2006 | 1418 |

**Bill To**
NIETO & MILEVCIC LTDA.
KM.5 VEREDA EL MORTINO VIA
ZIPAQUIRA-NEMOCON
ZIPAQUIRA
COLOMBIA

**Ship To**
NIETO & MILEVCIC LTDA.
KM.5 VEREDA EL MORTINO VIA
ZIPAQUIRA-NEMOCON
ZIPAQUIRA
COLOMBIA

| Terms | Ship Via | Ship Date | ETD | ETA | Booking # | Container # | Vessel | Order # |
|---|---|---|---|---|---|---|---|---|
| Net 30 | Evergreen | 11/09/06 | 11/14/06 | 11/29/06 | 61021048-1 | EISU5688278 | Ever Diadem | NM 1406 |

| Qty | Description | Price Ea. | Amount |
|---|---|---|---|
| 1,600 | RED GLOBE 21# BAGS "VBZ" GRAPES - UVA FRESCAS | 10.50 | 16,800.00 |
|  | FOB: LONG BEACH, CA |  |  |
|  | SEAL #VBZ00575 |  |  |

Thank you for your business.

THESE PRODUCTS ARE LICENSED BY THE UNITED STATES OF AMERICA FOR EXPORT TO COLOMBIA. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
ESTOS PRODUCTOS ESTAN LICENSIADAS POR LOS ESTADOS UNIDOS DE AMERICA PARA EXPORTAR A LA COLOMBIA. LA DIVERSION AL CONTRARIO A LOS LEYES DE EEUU ES PROHIBIDO.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. 499 e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

| Total | $16,800.00 |
|---|---|
| Balance Due | $16,800.00 |

Purveyor of Premium Quality Fruit     www.libertygrowers.com